UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AN T. TRAN-QUACH,<br><br>                 Plaintiff,<br><br>    v.<br><br>KING COUNTY METRO, et al.,<br><br>                 Defendants. | Case No. C19-919-RSM<br><br>ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* |

      Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $400.00 filing fee. Accordingly, Plaintiff's application to proceed *in forma pauperis* (dkt. # 1) is GRANTED. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation.

      The Clerk is directed to mail a copy of this Order to Plaintiff and to the Honorable Ricardo S. Martinez.

      Dated this 17th day of June, 2019.

                                                                         /s/ Michelle L. Peterson<br>
                                                                       MICHELLE L. PETERSON<br>
                                                                       United States Magistrate Judge