UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AN T. TRAN-QUACH, | Case No. C19-919RSM |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE INITIAL SCHEDULING DATES |
| v. | |
| KING COUNTY METRO, et al., | |
| Defendants. | |

This matter comes before the Court on Defendant King County Metro's unopposed Motion to Continue Initial Scheduling Dates. Dkt. #12. Good cause having been shown, the Court finds and ORDERS that the following new deadlines be set:

Rule 26(f) conference: 9/13/2019

Initial Disclosures Pursuant to Rule 26(a): 9/20/2019

Combined Joint Status Report and Discovery Plan: 9/27/2019.

DATED this 16th day of August, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE INITIAL SCHEDULING DATES - 1