The Honorable Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AN T. TRAN-QUACH,

    Plaintiff,

v.

KING COUNTY METRO, et al.,

    Defendants.

No. 19-cv-00919- RSM

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED between Plaintiff An T. Tran-Quach and defendants King County Metro, Brandon Banks, Tyler Jenicek ("King County Defendants") and Robert Nedrow, parties to the above-entitled action, that this lawsuit may be dismissed with prejudice and without costs and attorney's fees to any party.

DATED: September 12, 2019

DANIEL T. SATTERBERG
King County Prosecuting Attorney

By: _s/ Endel Kolde_
ENDEL KOLDE, WSBA #25155
Senior Deputy Prosecuting Attorney
Attorney for King County Defendants

By: _____
AN T. TRAN-QUACH
*Pro Se* Plaintiff

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE (CV19-00919-RSM) - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819

Kulshan Law Group, PLLC

By: *s/ Elena Bundy*
Elena C. Bundy, WSBA No. 38836
Attorney for Co-Defendant Nedrow

# ORDER

THIS MATTER having come on for hearing upon the stipulation of the parties, it is hereby,

ORDERED that the above-entitled matter is DISMISSED WITH PREJUDICE and without costs or attorney's fees awarded to any parties. The trial date will be stricken.

DONE this 17 day of September 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

By: *s/Endel Kolde*
Endel R. Kolde, WSBA #25155
Senior Deputy Prosecuting Attorney
Attorney for King County Defendants

By: *s/ Elena Bundy*
Elena C. Bundy, WSBA No. 38836
Attorney for Co-Defendant Nedrow

By: _____
AN T. TRAN-QUACH
*Pro Se* Plaintiff

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE (CV19-00919-RSM) - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819